FILED

2025 Aug-20  PM 01:50
PFE/DSM:  August 2025
BHM GJ # 3
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **MICHAEL RAY MULLINS** | ) | |

## INDICTMENT

### COUNT ONE
### *Cyberstalking*
### 18 U.S.C. §§ 2261A(2) and 2261(b)(5)

The Grand Jury charges that:

From about on or about September 30, 2024, until on or about October 10, 2024, in St. Clair County, within the Northen District of Alabama, and elsewhere, the defendant,

**MICHAEL RAY MULLINS,**

with the intent to harass and intimidate, and place under surveillance with the intent to harass and intimidate, and cause substantial emotional distress to INDIVIDUAL-1, whose identity is known to the Grand Jury, used an interactive computer service, electronic communication service, and electronic communication system of interstate commerce, and any other facility interstate commerce, including text message and telephone call, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress

to INDIVIDUAL-1, all in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b)(5).

## COUNT TWO
### *Interstate Transmission of Threat to Kidnap or Injure*
**18 U.S.C. § 875(c)**

The Grand Jury charges that:

On or about October 8, 2024, in St. Clair County, within the Northen District of Alabama, and elsewhere, the defendant,

**MICHAEL RAY MULLINS,**

did knowingly transmit in interstate and foreign commerce a communication, that is, a text message to INDIVIDUAL-1, whose identity is known to the Grand Jury, containing a threat to injure the person of another, INDIVIDUAL-1, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

*/s/electronic signature*
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/electronic signature*
DANIEL S. MCBRAYER
Assistant United States Attorney